UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                    :

THE TRAVELERS INDEMNITY COMPANY,     :

                  Plaintiff,     :

                                      :          24-CV-2188 (JMF)

         -v-                 :

                                      :            <u>ORDER</u>

STARR INDEMNITY & LIABILITY COMPANY,    :

                  Defendant.     :

                                      :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    As stated during the teleconference held earlier today:

- No later than **December 5, 2024**, the parties shall submit a joint status letter that (1) provides an update on the parties' settlement efforts; and (2) if the parties cannot settle, confirms that the parties believe cross-motions for summary judgment are appropriate (i.e., that the parties' dispute is legal, not factual, in nature).

- Plaintiff shall file any motion for summary judgment no later than **December 19, 2024**. Defendant's opposition and cross-motion, which must be filed as a single, consolidated memorandum of law, shall be filed no later than **January 23, 2025**. Plaintiff's opposition and reply, which must be filed as a single, consolidated memorandum of law, shall be filed no later **than February 20, 2025**. Defendant's reply shall be filed no later than **March 6, 2025**.

    SO ORDERED.

Dated: October 31, 2024
      New York, New York                        JESSE M. FURMAN
                                          United States District Judge