UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X
                                           :

THE TRAVELERS INDEMNITY COMPANY,      :

                            Plaintiff,      :

                                       :           24-CV-2188 (JMF)

          -v-                     :

                                       :           <u>ORDER</u>

STARR INDEMNITY & LIABILITY COMPANY,    :

                                       :

                        Defendant.    :

                                       :
----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's March 5, 2025 Order, ECF No. 29, Defendant was required to file its opposition to Plaintiff's motion for summary judgment and cross-motion for summary judgment no later than **April 21, 2025**. To date, Defendant has failed to do so. The parties have further failed to file a stipulation withdrawing Plaintiff's pending summary judgment motion, ECF No. 21, which the parties represented they would do in their joint letter dated March 4, 2025. *See* ECF No. 28. As a courtesy, the deadline for Defendant's opposition and cross-motion is hereby EXTENDED, *nunc pro tunc*, to **April 25, 2025**. Failure to file by that deadline may result in the Court deeming Plaintiff's motion for summary judgment unopposed.

      SO ORDERED.

Dated: April 23, 2025
      New York, New York

                                               JESSE M. FURMAN
                                       United States District Judge