UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                              :

THE TRAVELERS INDEMNITY COMPANY,   :

                     Plaintiff,                  :
                                                              :      24-CV-2188 (JMF)
                 -v-                          :
                                                              :           <u>ORDER</u>

STARR INDEMNITY & LIABILITY COMPANY,  :

                    Defendant.              :
                                                              :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As stated during the teleconference held earlier today: No later than **July 21, 2025**, the parties must file either (1) a stipulation of dismissal or settlement; or (2) a joint letter providing a status update on the settlement and proposing a new summary judgment briefing schedule.

      SO ORDERED.

Dated: June 30, 2025
       New York, New York
                                                    JESSE M. FURMAN
                                           United States District Judge